IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR WIFI LLC | § § | |
| v. | § § | Case No. 6:14-cv-33 |
| OMNI HOTELS MANAGEMENT CORP. and OMNI HOTELS CORP. | § § § | |

| | | |
|---|---|---|
| LONE STAR WIFI LLC | § § | |
| v. | § § | Case No. 6:14-cv-50 |
| MARRIOTT INTERNATIONAL, INC. | § § | |

## FINAL JUDGMENT

In accordance with the Court's Orders of Dismissal without Prejudice, it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 14th day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE